

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00682-CR

Benito **GARZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9168
Honorable Raymond Angelini, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed in this appeal by December 22, 2014. On December 29, 2014, this court notified appellant's attorney that the brief had not been filed by the deadline. On January 6, 2015, appellant's attorney filed a motion requesting a sixty-day extension of time, stating that he had not received notice that the reporter's record had been filed. The motion is GRANTED, and the deadline for filing the appellant's brief is extended sixty days from its original due date. Appellant's brief must be filed no later than February 20, 2015. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

Keith E. Hottle
Clerk of Court